UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No.: _____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § |
| | § |
| | § |
| Richard Spann | § |

**COMPLAINT FOR MONIES OWED TO THE UNITED STATES**

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345, and 28 U.S.C. § 3004.

**The Debt**

First Cause of Action - Claim Number: C99-00557

2. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $3,468.24 |
| B. Current Capitalized Interest Balance and Accrued Interest | $3,418.59 |
| C. Administrative Fee, Costs, Penalties | $14.99 |
| **Total Owed - Claim Number** C99-00557 | **$6901.82** |

Second Cause of Action - Claim Number: C99-00558

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $4,249.59 |
| B. Current Capitalized Interest Balance and Accrued Interest | $4,188.74 |

| | |
|---|---:|
| C. Administrative Fee, Costs, Penalties | $.00 |
| **Total Owed - Claim Number** C99-00558 | $8438.33 |

Third Cause of Action - Claim Number: C99-00559

4. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $1,359.53 |
| B. Current Capitalized Interest Balance and Accrued Interest | $1,202.50 |
| C. Administrative Fee, Costs, Penalties | $.00 |
| **Total Owed - Claim Number** C99-00559 | $2562.03 |

Fourth Cause of Action - Claim Number: C99-00560

5. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $831.36 |
| B. Current Capitalized Interest Balance and Accrued Interest | $735.35 |
| C. Administrative Fee, Costs, Penalties | $.00 |
| **Total Owed - Claim Number** C99-00560 | $1566.71 |

**TOTAL OWED (Claim Numbers** C99-00557, C99-00558, C99-00559 and C99-00560**)** $19,468.89

The Promissory Notes are attached as Exhibits "A", "B" ,"C", and "D" show the total owed excluding attorney's fees, and the Certificate of Indebtedness attached hereto as Exhibits "1", "2" ,"3", and "4" . The principal balance and the interest balance shown on the respective Certificates of Indebtedness, are correct as of the date of the Certificates of Indebtedness after application of all prior

payments, credits, and offsets. Prejudgment interest accrues at the rate of 9.300% per annum on Claim Number C99-00557, 9.300% per annum on Claim Number C99-00558, 8.000% per annum on Claim Number C99-00559 and 8.000% per annum on Claim Number C99-00560.

**Failure to Pay**

6. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 2, 3, 4 and 5 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees of 29.500% of the total owed, to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

/S/

Thomas A. Mauro
Suite 400
1020 19th Street, N.W.
Washington, DC  20006-6101
Tel. (202) 452-9865
Fax. (202) 452-0092
Attorneys for Plaintiff