# Application and Promissory Note for a ☐ PLUS (Parent Loan) / ☐ SLS (Student Loan) — Check one

UNITED STUDENT AID FUNDS, INC.

JUN 08 1992

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

PL-N-000000-01

## SECTION IA — TO BE COMPLETED BY THE BORROWER — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**1. Social Security Number:** 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

**2. Last Name, First, M.I.; Permanent Home Address:**
SPANN, RICHARD
2011 Rayleroad Dr.
Palmer Park, MD. 20785

**3. Birthdate:** 7/24/62

**4. Driver's License:** State DC  Number 248175861

**5. Area Code/Telephone Number:** 301-322-5427

**6. U.S. Citizenship Status (Check one):** ☒ 1 Citizen  ☐ 2 Eligible Non-Citizen  Alien ID Number: ____

**7. Requested Loan Amount:** 353.00

**8. Have you ever defaulted on an education loan?** ☐ Yes  ☒ No

**9. Do you have any prior unpaid PLUS/SLS Loans for the student identified in Section 1B?** ☒ Yes  ☐ No

**9A. Unpaid balance of your most recent PLUS/SLS Loan:** 4000.00

**9B. Grade level of your most recent PLUS/SLS Loan:** 01

**9C. Beginning and ending academic period dates of your most recent PLUS/SLS Loan:** 9/91 — 4/92

**9D. Enter the total unpaid balance you owe on all your prior PLUS/SLS Loans:** 4000.00

**10. Borrower References** — You must provide 3 separate adult references with different addresses. If your Lender requires a cosigner make the cosigner your first reference.

| | Reference 1 | Reference 2 | Reference 3 |
|---|---|---|---|
| Name | ARLENE SPANN | ELENO ELIE | RONI PEARSON |
| Street Address | 4800 Beryane House #505 | 3640 Minn. Ave SE #204 | 4801 Whealer Rd. |
| City, State, Zip | College Park MD. 20740 | Washington D.C. 20019 | Oxon Hill, MD. 2074_ |
| Telephone | (301) 441-9388 | (202) 581-1755 | (301) 894-3747 |
| Employer | BERYWNE HOUSE APTS. | D.C. PUBLIC SCHOOL | SELF EMPLOYED |

**11. If you qualify for a deferment (read instructions carefully), do you wish to defer principal payments while the student is in school?** ☒ Yes  ☐ No

## Promissory Note for a PLUS/SLS Loan

**I. Promise To Pay.** I, the undersigned Borrower promise to pay to you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section 1, Item 7 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph VI. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

**Notice to Borrower:** Terms of the Promissory Note continue on the reverse side. Retain Copy D for your records.

I understand this is a Promissory Note. I will not sign this Promissory Note before reading it, including the writing on the reverse of this Promissory Note. By signing this Promissory Note, I, the Borrower, acknowledge I have received an exact copy of this Note.

**13A. Borrower Signature:** X Richard Spann  **Date:** 6/2/92

## SECTION IB — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS

**14. Social Security Number:** 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

**15. Last Name, First, M.I.:** SPANN, RICHARD

**16. Birthdate:** 7/24/6_

**17. U.S. Citizenship Status (Check one):** ☒ 1 Citizen  ☐ 2 Non-Citizen  Alien ID Number: ____

**18. Major Course of Study:** 19

**19. Academic Period for this Loan:** From 4/92  To 6/92

**20. Enrollment Status:** ☒ 1 Full-Time  ☐ 2 Half-Time

**21. Are you a New Borrower as defined in the instructions on Page 10?** ☐ Yes  ☒ No

**22. Have you ever defaulted on an education loan?** ☐ Yes  ☒ No

**23. Name of Previous Lender, if any:** FIRST AMERICAN BANK

**24. Signature of Student:** X Richard Spann  **Date:** 6/2/92

## SECTION II — TO BE COMPLETED BY THE SCHOOL

**25. Name and Address of School:**
LINCOLN TECHNICAL INSTITUTE
7800 Central Ave.
Landover, MD. 20785

This application has been electronically transmitted by WRK11

**26. School Code:** 007936

**27. Area Code/Telephone Number:** 301-336-7250

**28. Grade Level Code:** 02

**29. Anticipated Completion Date:** 6/92

**30. Loan Period:** From 4/10/92  To 6/25/92

**31. Recommended Disbursement Dates:** 6/4/92, 6/10/92

**32. Cost of Attendance for Loan Period:** 8030.00

**33. Financial Aid for Loan Period:** 511.00

**34. Cost Less Aid (32 minus 33):** 7519.00

**35. Reduced SLS Eligibility:** ____

**36. Signature of Financial Aid Officer:** X _____ DIANE L. ERNST FINANCIAL AID OFFICER  **Date:** 6/3/9_

## SECTION III — TO BE COMPLETED BY THE LENDER

**38. Name, City and State of Lending Institution:**
INDEPENDENCE FEDERAL SAVINGS BANK
P.O. BOX 6156
INDIANAPOLIS, IN 46206-6156

PLAINTIFF'S EXHIBIT A

**42. Combine with previous loans?** ☐ Yes  ☐ No

**43. Area Code/Telephone Number:** 800-824-7044

**46. For Lender Use Only:** 831036

## Additional Terms of the Promissory Note for a PLUS/SLS Loan

In this Note the words I, me, and my mean the Borrower identified in Item 2 of the Application and any Cosigner of this Note. You, your and yours mean the Lender and any other Holder of the Note. I hereby give you or the Guarantor the authority to complete any incomplete blanks on this Note.

**II. Date Note Comes Due.** This Note becomes due immediately subject to the following requirements for entering repayment. I will repay this loan in periodic installments which will begin: 1) on the day identified in the Notice of Loan Guarantee and Disclosure Statement; or 2) within 60 days of the last disbursement; or 3) no later than 45 days after I cease to be eligible for any deferment of principal payments granted to me after the loan proceeds are advanced.

**III. Interest.** I agree to pay interest on the unpaid principal balance of this loan from the date you advance the loan until the date the loan is paid in full. My interest rate on this loan will be a variable rate never to exceed 12%, adjustable annually, equal to the bond equivalent rate of the 52-week Treasury Bills auctioned at the final auction held prior to June 1 plus 3.25 percent. This variable annual rate is determined by the Secretary of the United States Department of Education (hereinafter "Secretary") in accordance with the Higher Education Act of 1965, as amended (hereinafter the "Act"). The rate is determined each year on June 1 and is applicable for any period beginning July 1 of each year and ending June 30 of the following year. The initial interest rate for this loan will be disclosed on the Notice of Loan Guarantee and Disclosure Statement. From the first disbursement date until the final disbursement date and during a deferment of principal payments, I agree either to pay the total interest accrued, if any, or that the Lender may add such interest to the principal balance due to be repaid with interest, in installments. All payments will be made to your address indicated on the Notice of Loan Guarantee and Disclosure Statement or to any other address provided to me.

**IV. Guarantee Fees.** I will pay to you an amount equal to the guarantee fee which you are required to pay to the Guarantor for this loan. I am entitled to a refund of the guarantee fee paid in respect to this Note if I pay this Note in full within 120 days of disbursement or if I return the uncashed loan check to you. The amount of the guarantee fee will be disclosed to me on the Notice of Loan Guarantee and Disclosure Statement.

**V. Default.** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once if I fail to make an installment payment when due, or to meet other terms of this Note under circumstances where the Guarantor finds it reasonable to conclude I no longer intend to honor the obligation to repay, provided this failure persists for 180 days for a loan repayable in monthly installments; or 240 days for a loan repayable in less frequent installments. After sending such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking and/or savings account I have with you, if not prohibited by law, but not out of the proceeds on any other property of mine which you have the right to take because of any other agreement between you and me. If I default, I will still be required to pay interest on this loan as provided in Interest, Paragraph III from the date of default. You or the Guarantor may disclose to schools I have attended or intend to attend the information about the default. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, Byrd Scholarship, Supplemental Education Opportunity Grant, College Work-Study, State Student Incentive Grant, Perkins Loan, Stafford Loan, Supplemental Loans for Students (SLS), PLUS Loan, Income Contingent Loan or Consolidation Loan. A default also makes me ineligible for the benefits, if any, which I may qualify for as described under Deferment, Paragraph VIII and under Interest, Paragraph III. If this loan is referred to any agency for collection, I will pay collection costs.

**VI. Late Charges and Collection Costs.** If any payment has not reached you within 10 days after its due date or if I fail to provide written evidence which verifies my eligibility to have the amount deferred as described under Deferment, Paragraph VIII, you may, if permitted by law, bill me for a late charge at the maximum rate permitted which shall not exceed six cents for each dollar of each late installment. If I fail to pay any of these amounts when they are due, I will pay all charges and other collection costs, including the statutorily authorized fees of an outside attorney and court costs that are permitted by federal law and regulations for the collection of this loan, which you incur in collecting this loan. In the case of accounts brought into repayment status as a result of the Guarantor performing supplemental preclaims assistance in accordance with §428(c)(6)(C) of the Act, I will be liable for such costs.

**VII. Additional Agreements.** The proceeds of this loan will be sent to the school listed on my Application and be used only for education expenses. Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provisions of this Note can be waived or modified except in writing. If the Guarantor is required under its guarantee to repay my loan(s) because I have defaulted, the Guarantor will become the owner of this Note and as my Creditor will have all the rights of the original Lender to enforce this Note against me. I understand that I must repay this Note even though I may be under 18 years of age. This Note is not effective until it is accepted by you. If the Borrower becomes totally and permanently disabled, or dies, his or her obligation to repay this loan will be cancelled. I agree to notify you of a change in my name, address or any applicable school enrollment status within 10 days. I have not made any false written statement with regard to the loan. If any provision of this Note is determined to be unenforceable or is prohibited by law, such provision shall be considered ineffective without invalidating the remaining provisions of this Note.

**VIII. Deferment.** I am entitled to deferments under the Act and its regulations. In order to receive a deferment, I must request the deferment and provide you with all documentation required to establish my eligibility. I understand that I must notify you when the condition entitling me to the deferment no longer exists. My eligibility for a deferment will be determined by the information provided in the Application Booklet or as amended by federal law.

**IX. Repayment.** I will repay the total amount due on this Note in periodic installments, with interest on the unpaid balance from the due date of this Note until the loan is paid in full unless the whole loan is due as described in Default, Paragraph V.

I will repay this loan over a repayment period which generally lasts at least 5 years but no more than 10 years. However, the following exceptions to these rules apply:

1. You may require a repayment period shorter than 5 years if this is necessary to ensure that during each year of the repayment period I—or, if both my spouse and I have Stafford, PLUS or SLS Program Loans outstanding, we—pay toward principal and interest at least $600 or the unpaid balance of all such loans (plus interest), whichever is less.

2. If I qualify for postponement of my payments during any period described under Deferment, Paragraph VIII, in this Note, or if you grant "forbearance," those periods will not be included in the 5- and 10-year periods mentioned above.

The particular terms and conditions of repayment which apply to this loan will be set forth in a separate document, known as a Repayment Schedule, which you will provide to me, normally just before the repayment period begins. I further agree you may grant me a forbearance for the purpose of aligning the first payment date of this loan with other loans reflected on my Repayment Schedule or for the purpose of eliminating a delinquency which persists even though I am making regularly scheduled payments. If a forbearance is granted in either of these two situations, you will capitalize any accrued interest.

**X. Prepayment.** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest which I have paid.

**XI. Credit Bureau Notification.** I have read and understand the Credit Bureau Notification information provided in the General Information section of this Application Booklet.

### Borrower Certification

By my signature on this Note I certify under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in this Application is true, complete and correct to the best of my knowledge and belief and is made in good faith. If I am applying for a PLUS Loan as a parent, I certify I am the natural or adoptive mother or father or legal guardian of the student named in Section IB. The proceeds of any loan made as a result of this Application will be used solely for education expenses for the loan period covered by this Application and at the school described in Section II. I understand that any funds I receive on behalf of the student named in Section IB, who is my dependent, which cannot reasonably be attributed to meeting the education expenses of the student related to attendance at the school named in Section II for the loan period stated must be returned immediately to the Lender. I authorize the Lender to issue a check covering the proceeds of my loan, in full or in part, made payable to me, or at the Lender's option, jointly payable to me and the school, and sent to the school if I am a Student Borrower. I certify that the total amount of loans received under the PLUS/SLS Loan Programs of Title IV, Part B of the Higher Education Act of 1965, as amended, will not exceed the allowable maximums. The Lender is authorized to check my credit and employment history to determine my ability to repay this loan. I am not now in default on a Perkins Loan, a Federal Insured Student Loan, a Stafford Loan, a Health Education Assistance Loan, a PLUS/SLS Loan, an Income Contingent Loan or a Consolidation Loan, unless I have otherwise indicated. I further certify I do not now owe a repayment on a Pell Grant, Byrd Scholarship, Supplemental Grant, or State Student Incentive Grant.

I, the Borrower, understand I will receive a Notice of Loan Guarantee and Disclosure Statement which identifies my loan amount (as determined by the Lender), the fee amounts, disbursement dates, grace period, interest rate, due dates, and late charges. I understand and agree that if the information on the Notice of Loan Guarantee and Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement is controlling.

### Student Certification

By my signature on this Note I certify under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in this Application is true, complete, and correct to the best of my knowledge and belief and is made in good faith. If this is an Application for a PLUS Loan, the Borrower identified in Section IA is my natural or adoptive father, mother or legal guardian and to the best of my knowledge, I am dependent upon the Borrower identified in Section IA for the purpose of securing student financial aid. I hereby authorize the school named in Section II to pay to the Lender named in Section III any refund which may be due to me up to the amount of this loan. I hereby authorize any school that I may attend to release to you or the Guarantor, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., enrollment status, financial assistance, employment, or current address). I am not now in default on a Perkins Loan, a Federal Insured Student Loan, a Stafford Loan, a Health Education Assistance Loan, a PLUS/SLS Loan, an Income Contingent Loan or a Consolidation Loan, unless I have otherwise indicated. I do not now owe a repayment on a Pell Grant, Byrd Scholarship, Supplemental Grant, or State Student Incentive Grant.

NOTICE TO BORROWER AND COSIGNER: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION

**Application and Promissory Note for a** ☐ PLUS (Parent Loan) ☐ (Student Loan)  Check one

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

### SECTION IA — TO BE COMPLETED BY THE BORROWER — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

1. Social Security Number: 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
2. Last Name, First, M.I. Permanent Home Address: SPANN, RICHARD / 2011 Rayleroad Dr. / Pamer Park, MD. 20785
3. Birthdate: 7/24/62
4. Driver's License: State DC Number 248175861
5. Area Code/Telephone Number: 301-322-5427
6. U.S. Citizenship Status: ☒ 1 Citizen ☐ 2 Eligible Non-Citizen  Alien ID Number
7. Requested Loan Amount: 4000.00
8. Have you ever defaulted on an education loan? ☐ Yes ☒ No
9. Do you have any prior unpaid PLUS/SLS Loans for the student identified in Section 1B? ☐ Yes ☒ No
9A. Unpaid balance of your most recent PLUS/SLS Loan: N/A
9B. Grade level of your most recent PLUS/SLS Loan: N/A
9C. Beginning and ending academic period dates of your most recent PLUS/SLS Loan: N/A
9D. Enter the total unpaid balance you owe on all your prior SLS Loans: N/A

10. Borrower References:
- Name: ARLENE SPANN / Street Address: 4800 Berywne House #505 / City, State, Zip: College Park MD 20740 / Telephone: 301 441-9388 / Employer: BERYWNE HOUSE APTS.
- Name: ELENO ELIE / Street Address: 3640 Minn. Ave SE #204 / City, State, Zip: Washington D.C. 20019 / Telephone: (202) 581-1755 / Employer: D.C. PUBLIC SCHOOL
- Name: RONI PEARSON / Street Address: 4801 Wheeler Rd. / City, State, Zip: Oxon Hill MD 2074 / Telephone: (301) 894-3747 / Employer: SELF-EMPLOYED

11. If you qualify for a deferment, do you wish to defer principal payments while the student is in school? ☒ Yes ☐ No

**Promissory Note for a PLUS/SLS Loan**

I Promise To Pay. I, the undersigned Borrower promise to pay to you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section 1, Item 7 of this Application and Disclosure Statement or the amount advanced to me in the Notice of Loan Guarantee, plus any interest and other charges which may become due as provided in Paragraph VI. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

Notice to Borrower: Terms of the Promissory Note. Retain Copy D for your records.

I understand this is a Promissory Note. I will not sign this Promissory Note before reading it in the writing on the reverse side, even if otherwise advised. As a Borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the Borrower, acknowledge I have received an exact copy of this Note.

13A. Borrower Signature: X Richard Spann  Date: 11-6-91

### SECTION IB — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS

14. Social Security Number: 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
15. Last Name, First, M.I.: SPANN, RICHARD
16. Birthdate: 7/24/62
17. U.S. Citizenship Status: ☒ 1 Citizen ☐ 2 Non-Citizen Eligible  Alien ID Number
18. Major Course of Study: 19
19. Academic Period for this Loan: From 9/91 To 4/92
20. Enrollment Status: ☒ 1 Full-Time ☐ 2 Half-Time
21. Are you a New Borrower as defined in the instructions on Page 10? ☒ Yes ☐ No
22. Have you ever defaulted on an education loan? ☐ Yes ☒ No
23. Name of Previous Lender, if any: NONE
24. I have read and understand the terms of the STUDENT CERTIFICATION printed on the back of this Application. Signature of Student: X Richard Spann  Date: 11-6-91

### SECTION II — TO BE COMPLETED BY THE SCHOOL

25. Name and Address of School: LINCOLN TECHNICAL INSTITUTE / 7800 Central Ave. / Landover, MD. 20785
26. School Code: 007936
27. Area Code/Telephone Number: 301-336-7250
28. Grade Level Code: 01
29. Anticipated Completion Date: 6/92
30. Loan Period: From 9/9/91 To 4/9/92
31. Recommended Disbursement Dates: 11/9/91  4/9/92
32. Cost of Attendance for Loan Period: 8632.00
33. Financial Aid for Loan Period: 1547.00
34. Cost Less Aid (32 minus 33): 7085.00
35. Reduced SLS Eligibility:
36. I have read and understand the terms of the SCHOOL CERTIFICATION. Signature of Financial Aid Officer: X [signature] DIANE L. ERNST FIN. AID OFFICER  Date: 11-?

### SECTION III — TO BE COMPLETED BY THE LENDER

38. Name, City and State of Lending Institution: FIRST AMERICAN BANK N.A. / 740 15th St. N.W. / Washington D.C.
39. Disbursement Dates: 11/9/91   4/9/92
40. Amount Lender Approved: 4000
41. First Payment Date: 10/9/92
42. Combine with previous loans? ☐ Yes ☐ No
43. Area Code/Telephone Number: 202-637-4050
44. No. of Mos. Repayment Term: 120
45. Lender Code: 8?1052
46. For Lender Use Only
47. Signature of Authorized Lending Officer

PLAINTIFF'S EXHIBIT B

## Additional Terms of the Promissory Note for a PLUS/SLS Loan

In this Note the words I, me, and my mean the Borrower identified in item 2 of the Application and any Cosigner of this Note. You, your and yours mean the Lender and any other Holder of the Note. I hereby give you or the Guarantor the authority to complete any incomplete blanks on this Note.

**II. Date Note Comes Due.** This Note becomes due immediately subject to the following requirements for entering repayment. I will repay this loan in periodic installments which will begin: 1) on the day identified in the Notice of Loan Guarantee and Disclosure Statement; or 2) within 60 days of the last disbursement; or 3) no later than 45 days after I cease to be eligible for any deferment of principal payments granted to me after the loan proceeds are advanced.

**III. Interest.** I agree to pay interest on the unpaid principal balance of this loan from the date you advance the loan until the date the loan is paid in full. My interest rate on this loan will be a variable rate never to exceed 12%, adjustable annually, equal to the bond equivalent rate of the 52-week Treasury Bills auctioned at the final auction held prior to June 1 plus 3.25 percent. This variable annual rate is determined by the Secretary of the United States Department of Education (hereinafter the "Secretary") in accordance with the Higher Education Act of 1965, as amended (hereinafter the "Act"). The rate is determined each year on June 1 and is applicable for any period beginning July 1 of each year and ending June 30 of the following year. The initial interest rate for this loan will be disclosed on the Notice of Loan Guarantee and Disclosure Statement. From the first disbursement date until the final disbursement date and during a deferment of principal payments, I agree either to pay the total interest accrued, if any, or that the Lender may add such interest to the principal balance due to be repaid with interest, in installments. All payments will be made to your address indicated on the Notice of Loan Guarantee and Disclosure Statement or to any other address provided to me.

**IV. Guarantee Fees.** I will pay to you an amount equal to the guarantee fee which you are required to pay to the Guarantor for this loan. I am entitled to a refund of the guarantee fee paid in respect to this Note if I pay this Note in full within 120 days of disbursement or if I return the uncashed loan check to you. The amount of the guarantee fee will be disclosed to me on the Notice of Loan Guarantee and Disclosure Statement.

**V. Default.** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once if I fail to make an installment payment when due, or to meet other terms of this Note under circumstances where the Guarantor finds it reasonable to conclude I no longer intend to honor the obligation to repay, provided this failure persists for 180 days for a loan repayable in monthly installments; or 240 days for a loan repayable in less frequent installments. After sending such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking and/or savings account I have with you, if not prohibited by law, but not out of the proceeds on any other property of mine which you have the right to take because of any other agreement between you and me. If I default, I will still be required to pay interest on this loan as provided in Interest, Paragraph III from the date of default. You or the Guarantor may disclose to schools I have attended or intend to attend the information about the default. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, Byrd Scholarship, Supplemental Education Opportunity Grant, College Work-Study, State Student Incentive Grant, Perkins Loan, Stafford Loan, Supplemental Loans for Students (SLS), PLUS Loan, Income Contingent Loan or Consolidation Loan. A default also makes me ineligible for the benefits, if any, which I may qualify for as described under Deferment, Paragraph VIII and under Interest, Paragraph III. If this loan is referred to any agency for collection, I will pay collection costs.

**VI. Late Charges and Collection Costs.** If any payment has not reached you within 10 days after its due date or if I fail to provide written evidence which verifies my eligibility to have the amount deferred as described under Deferment, Paragraph VIII, you may, if permitted by law, bill me for a late charge at the maximum rate permitted which shall not exceed six cents for each dollar of each late installment. If I fail to pay any of these amounts when they are due, I will pay all charges and other collection costs, including the statutorily authorized fees of an outside attorney and court costs that are permitted by federal law and regulations for the collection of this loan, which you incur in collecting this loan. In the case of accounts brought into repayment status as a result of the Guarantor performing supplemental preclaims assistance in accordance with §428(c)(6)(C) of the Act, I will be liable for such costs.

**VII. Additional Agreements.** The proceeds of this loan will be sent to the school listed on my Application and be used only for education expenses. Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provisions of this Note can be waived or modified except in writing. If the Guarantor is required under its guarantee to repay my loan(s) because I have defaulted, the Guarantor will become the owner of this Note and as my Creditor will have all the rights of the original Lender to enforce this Note against me. I understand that I must repay this Note even though I may be under 18 years of age. This Note is not effective until it is accepted by you. If the Borrower becomes totally and permanently disabled, or dies, his or her obligation to repay this loan will be cancelled. I agree to notify you of a change in my name, address or any applicable school enrollment status within 10 days. I have not made any false written statement with regard to the loan. If any provision of this Note is determined to be unenforceable or is prohibited by law, such provision shall be considered ineffective without invalidating the remaining provisions of this Note.

**VIII. Deferment.** I am entitled to deferments under the Act and its regulations. In order to receive a deferment, I must request the deferment and provide you with all documentation required to establish my eligibility. I understand that I must notify you when the condition entitling me to the deferment no longer exists. My eligibility for a deferment will be determined by the information provided in the Application Booklet or as amended by federal law.

**IX. Repayment.** I will repay the total amount due on this Note in periodic installments, with interest on the unpaid balance from the due date of this Note until the loan is paid in full unless the whole loan is due as described in Default, Paragraph V.

I will repay this loan over a repayment period which generally lasts at least 5 years but no more than 10 years. However, the following exceptions to these rules apply:

1. You may require a repayment period shorter than 5 years if this is necessary to ensure that during each year of the repayment period I—or, if both my spouse and I have Stafford, PLUS or SLS Program Loans outstanding, we—pay toward principal and interest at least $600 or the unpaid balance of all such loans (plus interest), whichever is less.
2. If I qualify for postponement of my payments during any period described under Deferment, Paragraph VIII, in this Note, or if you grant "forbearance," those periods will not be included in the 5- and 10-year periods mentioned above.

The particular terms and conditions of repayment which apply to this loan will be set forth in a separate document, known as a Repayment Schedule, which you will provide to me, normally just before the repayment period begins. I further agree you may grant me a forbearance for the purpose of aligning the first payment date of this loan with other loans reflected on my Repayment Schedule or for the purpose of eliminating a delinquency which persists even though I am making regularly scheduled payments. If a forbearance is granted in either of these two situations, you will capitalize any accrued interest.

**X. Prepayment.** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest on this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest which I have paid.

**XI. Credit Bureau Notification.** I have read and understand the Credit Bureau Notification Information provided in the General Information section of this Application Booklet.

## Borrower Certification

By my signature on this Note I certify under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in this Application is true, complete and correct to the best of my knowledge and belief and is made in good faith. If I am applying for a PLUS Loan as a parent, I certify I am the natural or adoptive mother or father or legal guardian of the student named in Section IB. The proceeds of any loan made as a result of this Application will be used solely for education expenses for the loan period covered by this Application and at the school described in Section II. I understand that any funds I receive on behalf of the student named in Section IB, who is my dependent, which cannot reasonably be attributed to meeting the education expenses of the student related to attendance at the school named in Section II for the loan period stated must be returned immediately to the Lender. I authorize the Lender to issue a check covering the proceeds of my loan, in full or in part, made payable to me, or at the Lender's option, jointly payable to me and the school, and sent to the school if I am a Student Borrower. I certify that the total amount of loans received under the PLUS/SLS Loan Programs of Title IV, Part B of the Higher Education Act of 1965, as amended, will not exceed the allowable maximums. The Lender is authorized to check my credit and employment history to determine my ability to repay this loan. I am not now in default on a Perkins Loan, a Federal Insured Student Loan, a Stafford Loan, a Health Education Assistance Loan, a PLUS/SLS Loan, an Income Contingent Loan or a Consolidation Loan, unless I have otherwise indicated. I further certify I do not now owe a repayment on a Pell Grant, Byrd Scholarship, Supplemental Grant, or State Student Incentive Grant.

I, the Borrower, understand I will receive a Notice of Loan Guarantee and Disclosure Statement which identifies my loan amount (as determined by the Lender), the fee amounts, disbursement dates, grace period, interest rate, due dates, and late charges. I understand and agree that if the information on the Notice of Loan Guarantee and Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement is controlling.

## Student Certification

By my signature on this Note I certify under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in this Application is true, complete, and correct to the best of my knowledge and belief and is made in good faith. If this is an Application for a PLUS Loan, the Borrower identified in Section IA is my natural or adoptive father, mother or legal guardian and to the best of my knowledge, I am dependent upon the Borrower identified in Section IA for the purpose of securing student financial aid. I hereby authorize the school named in Section II to pay to the Lender named in Section III any refund which may be due to me up to the amount of this loan. I hereby authorize any school that I may attend to release to you or the Guarantor, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., enrollment status, financial assistance, employment, or current address). I am not now in default on a Perkins Loan, a Federal Insured Student Loan, a Stafford Loan, a Health Education Assistance Loan, a PLUS/SLS Loan, an Income Contingent Loan or a Consolidation Loan, unless I have otherwise indicated. I do not now owe a repayment on a Pell Grant, Byrd Scholarship, Supplemental Grant, or State Student Incentive Grant.

# Application and Promissory Note for a Stafford Loan

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

## SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**1. Social Security Number:** 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

**2. Last Name, First, Middle Initial, Permanent Home Address:**
SPANN, RICHARD
2011 Rayleroad Dr.
Palmer Park, MD. 20785

**3. Birthdate:** 7/24/62

**4. Driver's License:** State DC  Number 248175861

**5. Area Code/Telephone Number:** 301-322-5427

**6. U.S. Citizenship Status:** XX 1 Citizen   ☐ 2 Eligible Non-Citizen   Alien ID Number: ____

**7. References** — You must provide 3 separate adult references with different addresses. If your Lender requires a cosigner, make the cosigner your first reference.

| | Reference 1 | Reference 2 | Reference 3 |
|---|---|---|---|
| Name | JEROME SPANN | ELENO ELIE | RONI PEARSON |
| Street Address | 4800 Beryne House #505 | 3640 Minn. Ave SE #204 | 4801 Wheeler Rd. |
| City, State, Zip | College Park MD 20740 | Washington D.C. 20019 | Oxon Hill MD 20745 |
| Telephone | (301) 441-9388 | (202) 581-1755 | (301) 894-3747 |
| Employer | BERYWNE HOUSE APTS. | D.C. PUBLIC SCHOOL | SELF-EMPLOYED |

**8. Intended Enrollment Status:** XX 1 Full-time  ☐ 2 At least half-time

**9. Major Course of Study:** 19

**10. Requested Loan Amount:** 1547.00

**11. Loan Period For this Loan:** From 9/91 To 2/92

**12. Have you ever defaulted on an education loan?** ☐ Yes  XX No

**13. Do you have any unpaid Stafford Loans or a Consolidation Loan with a Stafford portion?** ☐ Yes  XX No

**13A. Total unpaid balance of your most recent Stafford Loan:** N/A .00
**13B. Use chart provided in instructions:** N/A
**13C. Grade level of your most recent Stafford Loan:** N/A
**13D. Beginning and ending dates of your most recent Stafford Loan:** From N/A To ____
**13E. Total unpaid balance of all your Stafford Loans or any portion of your Stafford Loans included in a Consolidation Loan:** N/A .00

**14. Do you have any outstanding Stafford, PLUS or SLS Loans made for enrollment periods beginning before July 1, 1988 or a Consolidation Loan which repaid loans for enrollment periods beginning before such date?** ☐ Yes  X No

**15. Name and Address of Previous Lender, if any:** N/A

### Promissory Note for a Stafford Loan

**I. Promise To Pay.** I, the undersigned Borrower, promise to pay you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section I, Item 10 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph VI. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

**Notice to Student:** Terms of the Promissory Note continue on the reverse side. Retain Copy D for your records.

I understand this is a Promissory Note. I will not sign this Promissory Note before reading it, including the writing on the reverse side, even if otherwise advised. As Borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the Borrower, acknowledge I have received an exact copy of this Note.

**20A. Signature of Student Borrower:** X Richard Spann    **Date:** 11-6-91

## SECTION II — TO BE COMPLETED BY THE SCHOOL

**21. Name and Address of School:**
LINCOLN TECHNICAL INSTITUTE
7800 Central Ave.
Landover, MD. 20785

**22. School Code:** 007936
**23. Area Code/Telephone Number:** 301-336-7250
**24. Grade Level Code:** 01
**25. Anticipated Completion Date:** 6/92
**26. Enrollment Period Covered by Loan:** 9/9/91 to 2/5/92
**27. Family Adjusted Gross Income:** 25,005.00
**28. Estimated Cost of Attendance for Loan Period:** 8632.00
**29. Estimated Financial Aid for Loan Period:** .00
**30. Expected Family Contribution:** 7085.00
**31. Difference (28 minus the sum of 29 and 30):** 1547.00
**32. Reduced Stafford Eligibility:** .00
**33. Recommended Disbursement Date(s):** 11/9/91  12/4/91
**34.** I have read and understand the terms of the SCHOOL CERTIFICATION printed on the back of the Application.

**Signature of Financial Aid Officer:** (signed)
**Type or Print Name and Title:** DIANE L. ERNST FINANCIAL AID OFFICER
**Date:** 11/7/91

## SECTION III — TO BE COMPLETED BY THE LENDER

**36. Name, City and State of Lending Institution:**
FIRST AMERICAN BANK NA
740 15th ST. N.W.
Washington DC

**37. Lender Code:** 831052
**38. Area Code/Telephone Number:** 202-637-4695
**39. Loan Amount Approved:** 1547.00
**40. Interest Rate:** 8%
**41. Anticipated Disbursement Date(s):** 11/9/91   12/4/91
**43. Authorized Lending Officer:** (signed)   **Date:** 12/11/91
**44. For Lender Use Only**

PLAINTIFF'S EXHIBIT C

# Application, and Promissory Note for a Stafford Loan

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1097.

## SECTION I — TO BE COMPLETED BY THE STUDENT — READ THE INSTRUCTIONS — TYPE OR PRINT IN INK

**1. Social Security Number:** 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

**2. Last Name, First, Middle Initial, Permanent Home Address:**
SPANN, RICHARD
2011 Rayleroad Dr.
Palmer Park, MD. 20785

**3. Birthdate:** 7/24/62

**4. Driver's License:** State DC  Number 248175841

**5. Area Code/Telephone Number:** 301-332-5427

**6. U.S. Citizenship Status:** XX 1 Citizen

**7. References:**

| | Name 1 | Name 2 | Name 3 |
|---|---|---|---|
| Name | ELENO ELIE | JEROME SPANN | RONI PEARSON |
| Street Address | 4800 Beryne House #505 | 3640 Minn. Ave SE #204 | 4801 Wheeler Rd. |
| City, State, Zip | College Park MD. 20740 | Washington D.C. 20019 | Oxon Hill MD. 20745 |
| Telephone | (301) 441-9388 | (202) 581-1755 | (301) 894-3747 |
| Employer | BERYWNE HOUSE APTS | D.C. PUBLIC SCHOOL | SELF EMPLOYED |

**8. Intended Enrollment Status:** X 1 Full-time

**9. Major Course of Study:** 19

**10. Requested Loan Amount:** 946.00

**11. Loan Period For this Loan:** From 2/92 To 6/92

**12. Have you ever defaulted on an education loan?** X No

**13. Do you have any unpaid Stafford Loans or a Consolidation Loan with a Stafford portion?** X Yes

**13A. Total unpaid balance of your most recent Stafford Loan:** 1547.00

**13B. Use chart provided in instructions:** 8%

**13C. Grade level of your most recent Stafford Loan:** 01

**13D. Beginning and ending dates of your most recent Stafford Loan:** From 9/91 To 2/—

**13E. Total unpaid balance of all your Stafford Loans or any portion of your Stafford Loans included in a Consolidation Loan:** 1547.00

**14. Do you have any outstanding Stafford, PLUS or SLS Loans made for enrollment periods beginning before July 1, 1988 or a Consolidation Loan which repaid loans for enrollment periods beginning before such date?** XX No

**15. Name and Address of Previous Lender, if any:**
FIRST AMERICAN BANK, N.A.
P.O. BOX 1562
MERRIFIELD, VA. 22116

### Promissory Note for a Stafford Loan

**I Promise To Pay.** I, the undersigned Borrower, promise to pay you or your order when this Note becomes due a sum certain equal to the loan amount I have requested in Section I, Item 10 of this Application or any lesser amount which will be disclosed to me in the Notice of Loan Guarantee and Disclosure Statement or the amount advanced to me, plus interest and any other charges which may become due as provided in Paragraph VI. My signature certifies I have read, understand and agree to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side and the legally required information highlighted in the Application Booklet.

**Notice to Student:** Terms of the Promissory Note continue on the reverse side. Retain Copy D for your records.

I understand this is a Promissory Note. I will not sign this Promissory Note before reading it, including the writing on the reverse side, even if otherwise advised. As Borrower, I am entitled to an exact copy of this Promissory Note, the Notice of Loan Guarantee and Disclosure Statement and any agreement I sign. By signing this Promissory Note I, the Borrower, acknowledge I have received an exact copy of this Note.

**20A. Signature of Student Borrower:** X Richard Spann  **Date:** 2/26/92

## SECTION II — TO BE COMPLETED BY THE SCHOOL

**21. Name and Address of School:**
LINCOLN TECHNICAL INSTITUTE
7800 Central Ave.
Landover, MD. 20785

**22. School Code:** 007936

**23. Area Code/Telephone Number:** 301-336-7250

**24. Grade Level Code:** 02

**25. Anticipated Completion Date:** 6/92

**26. Enrollment Period Covered by Loan:** 2/6/92 to 6/25/92

**27. Family Adjusted Gross Income:** 25005.00

**28. Estimated Cost of Attendance for Loan Period:** 8030.00

**29. Estimated Financial Aid for Loan Period:** 0.00

**30. Expected Family Contribution:** 7084.00

**31. Difference (28 minus the sum of 29 and 30):** 946.00

**32. Reduced Stafford Eligibility:** 0.00

**33. Recommended Disbursement Date(s):** 2/29/92

**34. Signature Financial Aid Officer:** Diane L. Ernst  **Type or Print Name and Title:** DIANE L. ERNST FINANCIAL AID OFFICER  **Date:** 2/28/92

## SECTION III — TO BE COMPLETED BY THE LENDER

**36. Name, City and State of Lending Institution:**
INDEPENDENCE FEDERAL SAVINGS BANK
P.O. BOX 6156
INDIANAPOLIS, IN 46250

**37. Lender Code:** 831036

**38. Area Code/Telephone Number:** 800-824-7044

**39. Loan Amount Approved:**

**40. Interest Rate:** %

**41. Anticipated Disbursement:** Mo. Day Yr.

**42. Fee:**

**43. Authorized Lending Officer:**  **Type or Print Name and Title:**  **Date:**

PLAINTIFF'S EXHIBIT D

# Additional Terms of the Promissory Note for a Stafford Loan

In this Note the words I, me, and my mean the Borrower identified in Item 2 of Section 1 of the Application and any Cosigner of this Note. You, your and yours mean the Lender and any other Holder of the Note. I hereby give you or the Guarantor the authority to complete any incomplete blanks on this Note.

**II. Date Note Comes Due.** I will repay this loan: 1) in periodic installments beginning no later than the end of my grace period as disclosed to me in the Notice of Loan Guarantee and Disclosure Statement; or 2) in full immediately if I fail to enroll at and attend the school which certified this Application for the academic period intended, in which case I will not be eligible for a grace period. During the grace period, I may request that repayment may begin before my grace period ends.

**III. Interest.** I agree to pay an amount equivalent to simple interest on the unpaid principal balance from the date of disbursement until the entire principal sum and accrued interest are paid in full. However, the U.S. Secretary of Education (hereinafter the "Secretary") will pay the interest that accrues on this loan prior to repayment status and during any deferment, if it is determined that I qualify to have such payments made on my behalf under the regulations governing the Title IV, Part B of the Higher Education Act (hereinafter the "Act"). In the event that the interest on this loan is payable by the Secretary, neither you or any other Holder of this Note may attempt to collect this interest from me. I may, however, choose to pay this interest myself. Once the repayment status begins I will be responsible for payment of all interest which accrues on this loan. The Secretary will pay the interest that accrues during any period described under Deferment in this Promissory Note. The interest rate will be determined according to the following: (a) If I have an outstanding Stafford Loan(s) on the date I sign this Note, the applicable interest rate will be the same as the applicable interest rate on the most recent Stafford Loan(s); (b) If I have no outstanding Stafford Loan(s) but I do have an outstanding balance on any PLUS or Supplemental Loans for Students (SLS) made for enrollment periods beginning before July 1, 1988 or on a Consolidation Loan which repaid loans made for enrollment period(s) beginning before such date, the applicable interest rate on this loan will be 8%; (c) Otherwise, the applicable interest rate on this loan will be 8% until the end of the fourth year of my repayment status and will be 10% beginning with the fifth year of my repayment status. The applicable interest rate will be identified on the Notice of Loan Guarantee and Disclosure Statement. I may also receive rebates of interest, if required by the Act, when the applicable interest rate is 10%. You may add accrued unpaid interest to the unpaid principal balance (capitalization) of this loan in accordance with regulations and policies of the Guarantor. All payments will be made to your address as specified on the Notice of Loan Guarantee and Disclosure Statement or to any other address of which you notify me.

**IV. Origination and Guarantee Fees.** I will pay to you an origination fee not to exceed the percentage of the loan amount that is authorized by federal law. You will deduct this fee proportionately from each disbursement of principal of this loan. I will also pay you an amount equal to the guarantee fee that you are required to pay to the Guarantor for this loan. I am entitled to a refund of the origination and guarantee fee paid in respect to this Note if I pay back this Note in full within 120 days of disbursement or if I return the uncashed loan check to you. The amount of the origination and guarantee fees will be disclosed to me on the Notice of Loan Guarantee and Disclosure Statement.

**V. Default.** I will be in default and you have the right to give me notice that the whole outstanding principal balance plus any unpaid interest I owe is due and payable at once if I fail to make an installment payment when due, or to meet other terms of the Promissory Note under circumstances where the Guarantor finds it reasonable to conclude that I no longer intend to honor the obligation to repay, provided that this failure persists for 180 days for a loan repayable in monthly installments, or 240 days for a loan repayable in less frequent installments. After sending such notice to me, you will have the right, without further notice, to take the outstanding balance out of my checking and/or savings account I have with you, if not prohibited by law, but not out of the proceeds of any other property of mine which you have a right to take because of any other agreement between you and me. If I default, I will still be required to pay interest on this loan as provided in Interest, Paragraph III from the date of default. You or the Guarantor may disclose to schools I have attended or intend to attend the information about the default. I will be ineligible to receive assistance from any of the following federal programs: Pell Grant, Byrd Scholarship, Supplemental Education Opportunity Grant, College Work-Study, State Student Incentive Grant, Perkins Loan, Stafford Loan, Supplemental Loans for Students (SLS), PLUS Loan, Income Contingent Loan or a Consolidation Loan. A default also makes me ineligible for the benefits, if any, which I may qualify for as described under Deferment, Paragraph VIII and under Interest, Paragraph III. If this loan is referred for collection to any agency for collection, I will pay collection costs.

**VI. Late Charges and Collection Costs.** If any payment has not reached you within 10 days after its due date or if I fail to provide written evidence which verifies my eligibility to have the amount deferred as described under Deferment, Paragraph VIII, you may, if permitted by law, bill me for a late charge at the maximum rate permitted which shall not exceed six cents for each dollar of each late installment. If I fail to pay any amounts when they are due, I will pay all charges and other collection costs including the statutorily authorized fees of an outside attorney and court costs that are permitted by federal law and regulations for the collection of this loan, which you incur in collecting this loan. In case of accounts brought into repayment status as a result of the Guarantor performing supplemental preclaims assistance in accordance with §428(c)(6)(C) of the Act, I will be liable for such costs.

**VII. Additional Agreements.** The proceeds of this loan will be sent to the school listed on my Application and be used only for education expenses. Any notice required to be given to me will be effective when mailed by first class mail to the latest address you have for me. Your failure to enforce or insist that I comply with any term of this Note is not a waiver of your rights. No provisions of this Note can be waived or modified except in writing. If the Guarantor is required under its guarantee to repay my loan(s) because I have defaulted, the Guarantor will become the owner of this Note and as my Creditor will have all the rights of the original Lender to enforce this Note against me. I understand that I must repay this Note even though I may be under 18 years of age. This Note is not effective until it is accepted by you. If the Borrower becomes totally and permanently disabled, or dies, his or her obligation to repay this loan will be cancelled. I agree to notify you of a change in my name, address or any applicable school enrollment status within 10 days. I have not made any false written statement with regard to this loan. If any provision of this Note is determined to be unenforceable or is prohibited by law, such provision of this Note shall be considered ineffective without invalidating the remaining provisions of this Note.

**VIII. Deferment.** I am entitled to deferments under the Act, and its regulations. In order to receive a deferment, I must request the deferment and provide you with all documentation required to establish my eligibility. I understand that I must notify you when the condition entitling me to the deferment no longer exists. My eligibility for a deferment will be determined by the information provided in the Application Booklet or as amended by federal law.

**IX. Repayment.** I will repay the total amount due on this Promissory Note in periodic installments, with interest on the unpaid balance from the due date of the Promissory Note until the loan is paid in full, unless the whole loan is due as described in Default, Paragraph V.

I will repay this loan over a repayment period that generally lasts at least 5 years but no more than 10 years. However, the following exceptions to these rules apply:

1. If, during the grace period, I request a shorter repayment period you may grant me a shorter period.
2. You may require a repayment period shorter than 5 years if this is necessary to ensure that during each year of the repayment period I — or, if both my spouse and I have Stafford, PLUS or SLS Program Loans outstanding, we — pay toward principal and interest at least $600 or the unpaid balance of all such loans (plus interest), whichever is less.
3. If I qualify for postponement of my payments during any period described under Deferment, Paragraph VIII, in the Promissory Note, or if you grant "forbearance," those periods will not be included in the 5- and 10-year periods mentioned above.

The particular terms and conditions of repayment that apply to this loan will be set forth in a separate document, known as a Repayment Schedule, which you will provide to me, normally just before the repayment period begins. I further agree you may grant me a forbearance for the purpose of aligning the first payment date of this loan with other loans reflected on my Repayment Schedule or for the purpose of eliminating a delinquency which persists even though I am making regularly scheduled payments. If a forbearance is granted in either of these two situations, you will capitalize any accrued interest.

**X. Prepayment.** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

**XI. Credit Bureau Notification.** I have read and understand the Credit Bureau Notification information provided in the General Information section of this Application Booklet.

---

## BORROWER CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in this Application is true, complete and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school described in Section II to pay to the Lender any refund which may be due to me up to the amount of this loan. I hereby authorize any school which I may attend to release to the Lender, subsequent Holder, Guarantor, U.S. Department of Education, or their agents, any requested information pertinent to this loan (e.g., employment, enrollment status, current address). The proceeds of any loan made as a result of this Application will be used for education expenses for the loan period covered by this Application and at the school described in Section II. I understand that I must immediately repay any funds I receive which cannot reasonably be attributed to meeting my education expenses related to attendance at that school for the loan period covered by this Application. The total amount of loans I receive under the Stafford Loan Program, Title IV, Part B of the Higher Education Act of 1965, as

Loan, a Stafford Loan, a Federal Insured Student Loan, a PLUS/SLS Loan, an Income Contingent Loan or a Consolidation Loan unless I have otherwise indicated on this Application. I further certify that I do not owe a repayment on a Pell Grant, Byrd Scholarship, Supplemental Grant or State Student Incentive Grant. I authorize my Lender to issue a check covering the proceeds of my loan, in full, or in part, made payable to me or at the Lender's option, jointly payable to me and the school, and sent to the school.

I understand I will receive a Notice of Loan Guarantee and Disclosure Statement which identifies my loan amount (as determined by the Lender), the fee amounts, disbursement dates, grace period, interest rate and late charges. I understand and agree if the information on the Notice of Loan Guarantee and Disclosure Statement conflicts with the information on the Application and Promissory Note, the information on the Notice of Loan Guarantee and Disclosure Statement is controlling.

