U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Richard Spann
1311 Delaware Ave. S.W. Apt. S547
Washington, D.C. 20024
SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/22/99.

On or about 06/02/92, the borrower executed promissory note(s) to secure loan(s) of $3353.00 from Independence Federal Savings Bank at 9.30 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 06/30/92, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $3369.72 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/20/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 3468.24 |
| Interest: | $ 1153.70 |
| Administrative/Collection Costs: | $ 14.99 |
| Late fees: | $0.00 |
| Total debt as of 03/22/99: | $ 4636.93 |

Interest accrues on the principal shown here at the rate of .89 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4-8-99         Name: Richard D. tewg
                            Title: Loan Analyst
                            Branch: Litigation Branch

PLAINTIFF'S EXHIBIT 1

March 22, 1999                           bquanbeck



## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Richard Spann
1311 Delaware Ave. S.W. Apt. S547
Washington, D.C. 20024
SSN

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/22/99.

On or about 11/06/91, the borrower executed promissory note(s) to secure loan(s) of $4000.00 from First American Bank, N.A. at 9.30 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 06/30/92, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $4128.88 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/20/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 4249.59 |
| Interest: | $ 1413.59 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $0.00 |
| Total debt as of 03/22/99: | $ 5663.18 |

Interest accrues on the principal shown here at the rate of 1.09 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4-8-99

Name: Richard D. _____
Title: Loan Analyst
Branch: Litigation Branch



March 22, 1999                                          bquanbeck

## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Richard Spann
1311 Delaware Ave. S.W. Apt. S547
Washington, D.C. 20024
SSN

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/22/99.

On or about 11/06/91, the borrower executed promissory note(s) to secure loan(s) of $1547.00 from First American Bank, N.A. at 8 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $270.03 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 12/31/92, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $1276.97 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/20/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 1359.53 |
| Interest: | $ 438.78 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $0.00 |
| Total debt as of 03/22/99: | $ 1798.31 |

Interest accrues on the principal shown here at the rate of .30 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4-8-99        Name: Richard Witeurg
                           Title: Loan Analyst
                           Branch: Litigation Branch


PLAINTIFF'S EXHIBIT 3

March 22, 1999                           bquanbeck

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

CERTIFICATE OF INDEBTEDNESS

Richard Spann
1311 Delaware Ave. S.W. Apt. S547
Washington, D.C. 20024
SSN

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/22/99.

On or about 02/26/92, the borrower executed promissory note(s) to secure loan(s) of $946.00 from Independence Federal Savings Bank at 8 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $165.13 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 12/31/92, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $780.87 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/20/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 831.36 |
| Interest: | $ 268.33 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees: | $0.00 |
| Total debt as of 03/22/99: | $ 1099.69 |

Interest accrues on the principal shown here at the rate of .19 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4-8-99        Name: _Richard D. _____
                           Title: __Loan Analyst__
                           Branch: __Litigation Branch__

PLAINTIFF'S EXHIBIT 4

March 22, 1999                                              F2-3\LITCVRSH.DOT