## AFFIDAVIT OF PROCESS - INDIVIDUAL
### United States District Court
### For the District of Columbia

**United States of America**      Plantiff
**C/o Thomas A. Mauro**

**V.**                          Case # **1:06CV00607**
**Richard Spann**        Defendant

**State of North Carolina**
**County of Mecklenburg**

**Kim Church**, undersigned, being duly sworn, deposes and says that at the time of service, she was over the age of twenty-one, was not a party to this action:

On the **9**[th] **day off May 2006, at 9:35 PM.**
At: **3504 Joel Turner Dr. Charlotte NC 28216**

The undersigned served the documents described as:
**Summons in a Civil Action, Notice of Right to consent to trial before U.S. Magistrate Judge, Complaint for monies owed to the U.S.A., Exhibits A-D, Exhibits 1-4, Consent to proceed before a U.S. magistrate judge for all purposes.**

A true and correct copy of the aforesaid document(s) was served on:
**Richard Spann**

**XX**   By personally delivering them into the hands of the person to be served.

The person receiving documents is described as follows:
Sex: **Male**    Race:   **Black**    Approx. Age: **40-45**      Approx. Height:   **5'6"**
Approx. Weight:   **175#'s**     Hair Color:   **Bald**          Facial Hair: **No**

**To the best of my knowledge the defendant was not active in the military at the time of service.**

Undersigned declares under penalty of perjury that          Subscribed and sworn to before me this
the foregoing is true and correct.                                    11th day of May 2006

_____  5/11/06                        _____
Signature of Server             Date                              Notary Public