IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:06CV0607 JGP |
| v. | ) | |
| | ) | |
| RICHARD SPANN | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

## PRAECIPE

The Attorney for the Government informs the Court that the correct address for the defendant, Richard Spann is 3504 Joel Turner Dr, Charlotte, NC 28216.

Respectfully submitted,

_____
Thomas A. Mauro,
Attorney for the United States of America
Bar No. 184515
1020 19th Street, NW
 Suite 400
Washington, DC  20036
202-452-9865

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Praecipe was mailed, first class mail, postage this 5th day of July 2006 to the following:

Richard Spann
3504 Joel Turner Dr.
Charlotte, NC 28216

_____
Thomas A. Mauro, Esq.