*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**UNITED STATES OF AMERICA,**

        **Plaintiff**

**v.**

                                **Civil Action No. 06-0607 (JGP)**

**RICHARD SPANN,**

        **Defendant**

**ORDER GRANTING DEFAULT JUDGMENT**

Upon consideration of the unopposed application of the United States of America for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the application and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable. It is hereby

        **ORDERED** that

        1.      A default judgment be and it hereby is entered in favor of the United States of America against Richard Spann in the amount of 1) Principal sum of $3,468.24 plus accrued interest of $3,418.59 as of 03/24/2006, and other costs and allowable expenses of $14.99 for a total judgment of $6,901.82, with continuing pre-judgment interest on $3,468.24, at 9.300% per annum to the date of judgment on Claim Number C99-00557; 2) Principal sum of $4,249.59 plus accrued interest of $4,188.74 as of 03/24/2006, and other costs and allowable expenses, for a total judgment of $8,438.33, with continuing pre-judgment interest on $4,249.59, at 9.300% per annum to the date of judgment on Claim Number C99-00558; 3) Principal sum of $1,359.53 plus accrued interest of $1,202.50 as of 03/24/2006, and other costs and allowable expenses, for

a total judgment of $2,562.03, with continuing pre-judgment interest on $1,359.53, at 8.000% per

annum to the date of judgment on Claim Number C99-00559; and 4)  Principal sum of $831.36

plus accrued interest of $735.35 as of 03/24/2006, and other costs and allowable expenses, for a

total judgment of $1,566.71, with continuing pre-judgment interest on $831.36, at 8.000% per

annum to the date of judgment on Claim Number C99-00560; plus post-judgment interest at the

legal rate of **4.93**% pursuant to 28 U.S.C. §1961 until paid, plus attorney's fees of $5,743.32, and

plus collection costs of $415.00 (the filing fee of $350.00 plus private process server fees of

$65.00).

2.    The United States is further awarded the cost of private process server fees

incurred in serving post-judgment executions and discovery.  The Clerk shall tax them as costs.

3.    The Defendant is encouraged to contact counsel for the United States to make

voluntary payment arrangements.


**DATE: March 22, 2007**

**JOHN GARRETT PENN**
**United States District Judge**


**Copy via Electronic Case Filing System to:**
Thomas A. Mauro
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036
Attorney for the United States of America


**Copy via First-Class Mail to:**
Richard Spann
3504 Joel Turner Dr.
Charlotte, NC 28216
Defendant