UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO.  1:06CV00607 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
|         v. ) | **RECEIVED** |
| Richard Spann ) | |
|     Defendant(s), ) | MAY - 7 2007 |
|         and ) | |
| Bank of America ) | NANCY MAYER WHITTINGTON, CLERK |
|     Garnishee ) | U.S. DISTRICT COURT |

ANSWER OF THE GARNISHEE

___Alicia Calloo___, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

    Bank of America
    1452 NW 62nd Street
    Fort Lauderdale, FL  33309
    Attn: Garnishment Department

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 200__, Garnishee was served with the Writ of Continuing Garnishment.  For the pay period in effect on the date of service (shown above)

Yes   No

___   ✓   1.   Defendant was in my/our employ.

2.   Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3.   Enter amount of net wages.   Calculate below:

   (a) Gross Pay                        $_____

   (b) Federal income tax               _____

   ©) F.I.C.A. income tax               _____

   (d) State income tax                 _____

   Total of tax withholdings            $_____

   Net Wages                            $_____
   (a less total of b,c,d)

___   ✓   4.   Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5.   The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. CD | $9929.25 | — |
| 2. Checking Account | $81.07 | — |
| 3. Saving Account | $654.99 | — |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

\_\_\_\_    [The Garnishee makes the following claim of exemption on

the part of Defendant:]


\_\_\_\_    [Or has the following objections, defenses, or set-offs to

Plaintiff's right to apply Garnishee's indebtedness to

Defendant upon Plaintiff's claim:]

\_\_\_\_    [The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, Richard Spann

and that the Garnishee did not have in his/her possession

or control any property belonging to the Defendant, or in

which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Richard Spann, 3504 Joel Turner Drive Charlotte, NC 28216 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: 4-25-07

*Alicia A. Calloo*
Garnishee

Alicia Calloo- Sr Operations Rep
Printed Name and Title

1425 NW 62nd St

Ft Lauderdale, Fl 33309
Address for further communications

954-473-7710
Telephone

404-532-3209
Fax Number