03/02/2005  05:08   7043910647                          SPANN                                PAGE  02/04

05/04/2007  03:56   2024520092                    MAUROLAW                                 PAGE  02/04

*e-file*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:06CV00607 (JGP)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| RICHARD SPANN | ) |
| Defendant | ) |
| and | ) |
| BANK OF AMERICA | ) |
| Garnishee. | ) |

## CONSENT RESOLVING GARNISHMENT
## AND PRAECIPE TO RELEASE BANK ATTACHMENTS

The United States of America, through counsel, served an order of bank attachment against the defendant/debtor and garnishee, BANK OF AMERICA, in the above captioned action in accordance with 28 U.S.C. §3205 (c) (7).

The defendant, RICHARD SPANN and the United States have agreed to resolve the bank attachment. By their signatures below, the United States agrees to release the bank attachments as follows:

BANK OF AMERICA, shall remit a check for $500.00 to the U.S. Department of Justice, Central Intake Facility, P.O. Box 70940, Charlotte, NC 28272-0940 The defendant's account number C99-00560 and the last four (4) digits of his social security number shall be referenced on the check. After remittance of said amount of money to the Government, BANK OF AMERICA, shall RELEASE the Writ of Bank Garnishment in this case

The defendant, Richard Spann has agreed to pay $300.00 each and every month, until the entire balance including accruing interest has been paid and satisfied. These monthly payments will be due on the 1st of each month beginning on June 1st, 2007.

1

ACCORDINGLY, the Clerk will release the Writ of Attachment in accordance with the above.

SEEN AND AGREED TO:

Thomas A. Mauro
1020 19ᵗʰ Street, N.W., Suite 400
Washington, D.C. 20006
Telephone: 202 452 9865; Fax: 202 452 0092
Attorney for the United States

May 18, 2007

Richard Spann
3504 Joel Turner Drive
Charlotte, NC 28216
Defendant, *Pro Se*

May 7, 2007

Copy to:

BANK OF AMERICA
Legal Processing Department
1425 NW 62ⁿᵈ Street
Ft. Lauderdale, FL 33309
Tel No. 954 473 7710 ext. 37172
Fax No. 404 532 3209
Attn: Legal Order Processor

2